✔ JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| JUSTIN D.Y.[1], <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. EDCV 22-1252-AS <br><br> **JUDGMENT** |

    IT IS ADJUDGED that this action is DISMISSED with prejudice.


    DATED: July 21, 2023


                          /s/
    _____
                    ALKA SAGAR
    UNITED STATES MAGISTRATE JUDGE

---

    [1]    Plaintiff's name is partly redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.